Homer Charley DICKERSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28096.

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Driving, while intoxicated, upon a public highway is the offense; the punishment three days' confinement in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

Ex parte Felix CHAPA.

No. 28087.

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal in a habeas corpus proceeding from an order of the Criminal District Court of Dallas County remanding appellant to the custody of the Sheriff of Dallas County to be delivered to the agent of the state penitentiary.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.